UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| CHANCE T. KELHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-316 |
| | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

VERDICT

1. Do you find that CSX's negligence caused or contributed to Kelham's injuries?

    ANSWER: __No__ (Yes or No)

**If you answer "No" to Question 1, do not answer the following question.**

2. What is the total amount of Kelham's damages?

    $_____

Date: __February 12, 2016__

/s/ FOREPERSON
_____
Presiding Juror