AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHANCE T. KELHAM
        Plaintiff(s)
    v.　　　　　　　　　　**Civil Action No.**　　2:12-cv-316 APR

CSX TRANSPORTATION, INC.
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X**  Other: Judgment is entered on behalf of defendant CSX Transportation Inc and against plaintiff Chance T. Kelham.

This action was (*check one*):

**X** tried to a jury with Magistrate Judge Andrew P. Rodovich presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

DATE:　　2/12/2016　　　　　　　　　　ROBERT TRGOVICH, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ RMNagy
　　　　　　　　　　　　　　　　　　　　by _____
　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*